Name: Gregory Walton II & Elijah Walton III
Street Address: P.O. Box 254762
City and County: Sacramento, CA 95865
State and Zip Code: CA, 95865
Telephone Number: (702) 305-4755

FILED

MAR 10 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Gregory Wayne Walton II
and
Elijah Walton III

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Amanda Hopper, Cameron King, Clint Curry, Sutter County District Attorney's office, County of Sutter

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:22-CV 0453 - JAM AC PS
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Gregory Walton II / Elijah Walton III (minor)
Street Address: P.O Box 254762
City and County: Sacramento, Sacto
State and Zip Code: CA, 95865
Telephone Number: 702-305-4755

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Amanda L. Hopper
Job or Title (if known): Sutter County District Attorney
Street Address: 463 2nd Street, Suite 102
City and County: Yuba City, CA 95991, Sutter County
State and Zip Code: CA, 95991
Telephone Number: 530-822-7330

Defendant No. 2
Name: Cameron King
Job or Title (if known): District Attorney
Street Address: 463 2nd St, Suite 102
City and County: Yuba City, Sutter County
State and Zip Code: CA, 95991
Telephone Number: 530-822-7330

2

Defendant No. 3

    Name: Clint Curry
    Job or Title (if known): District Attorney (Yuba County)
    Street Address: 215 5th Street, Suite #152
    City and County: Marysville, Yuba County
    State and Zip Code: CA, 95901
    Telephone Number: 530-749-7770

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC. 1983 Civil Rights Act 1983
- Abuse of Process (Court Procedures)
- Civil Rights Violations by District Attorney

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Gregory Walton II, is a citizen of the State of *(name)* CA.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, (name) **Sutter County, District Attorney's Office**, is incorporated under the laws of the State of (name) **California**, and has its principal place of business in the State of (name) **California**. Or is incorporated under the laws of (foreign nation) **USA**, and has its principal place of business in (name) **Sutter County, CA**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$50 million dollars in damages.**

## III. Statement of Claim

☆ See Attachment for Cont'd claim.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**(Illegal Restraining Order from 3/13/2017 - 2020 (3 years)**

**Defendants wrongfully or Intentionally used a Restraining order as part of Plaintiffs' Sentencing order to unjustly prevent him from obtaining child custody of his biological son. Prosecutors Abused the process by entertaining ulterior motives in using Restraining order process. This resulted in a violation of Plaintiffs Parental, & Human Rights. Additionally it also violates the Rights's of Plaintiffs child who has also been harmed from this egregious Action.**

42 USC. 1983 Civil Rights Claim
Intentional Tort- Abuse of Process

Gregory Walton II
P.O Box 254762
Sacramento, CA 95865
Pro Se, Attorney
702-305-4755

### III. Statement of Claim (Continued)

On March 13th, 2017, through March 13th, 2020, defendants Amanda Hopper, Cameron King, Clint Curry and the Sutter County Districts Attorney's office violated the Plaintiffs by committing abuse of process during the sentencing procedure of the Plaintiffs criminal case in Sutter County. Unconstitutionally, the defendants ordered an illegal restraining order preventing the Plaintiff from having any contact with his biological child for the duration his probation sentence. This egregious action has caused tremendous amounts of harm to the father/son relationship once had between the Plaintiff and his son. Thus, the common law tort of abuse of process arises when one uses the court's process for a purpose other than that for which the process was designed. However, the Sutter County chose to intentionally use the law (restraining order) for reasons for which is not intended for.

Therefore, the Plaintiffs civil rights were atrociously violated by the defendants upon his release from the Sutter County Jail. Defendants crafted am unconstitutional stipulation, that was illegally structed into Plaintiff's probation sentence which ultimately hindered him from obtaining child custody of his son n family court. Additionally, this illegal restraining order was unlawfully upheld by the Lassen County Superior Court during the Plaintiffs family law case. Woefully the Plaintiff has yet to reunite with his biological son, with all injustices endured stemming from the abuse of process committed by the Sutter County District Attorney's office.

1

42 USC. 1983 Civil Rights Claim
Intentional Tort- Abuse of Process

Accordingly, to establish a cause of action for abuse of process, a plaintiff must plead two essential elements: that the defendant (1) entertained an ulterior motive in using the process and (2) committed a willful act in a wrongful manner." (Coleman v. Gulf Insurance Group (1986) 41 Cal.3d 782, 792 [226 Cal.Rptr. 90, 718 P.2d. Likewise, Plaintiff has expressed how both of these elements are very plausible and require federal correction and relief for severe damages experienced by Plaintiff and his son.

Gregory Walton II, Pro Se Attorney

3/7/2022

2

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks monetary Relief for ongoing damages. Plaintiff has illegal been blocked from visitation, Custody, or any contact with his child due to the Abuse of Process by defendants. Therefore, Punitive money damages should also be rewarded. Attorney's (Defendants) should be Barred from Practicing law.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 7th, 2022

Signature of Plaintiff

Printed Name of Plaintiff    Gregory Walton II