UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WAYNE WALTON II and ELIJAH WALTON III,<br><br>Plaintiffs,<br><br>v.<br><br>AMANDA HOPPER, et al.,<br><br>Defendants. | No. 2:22-cv-0453 JAM AC PS<br><br><br>ORDER |

Plaintiff proceeds in this action in pro per [and in forma pauperis]. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 21, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 3. Plaintiff has filed objections to the findings and recommendations. ECF No. 4.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 21, 2022, are adopted in full; and

2. The complaint is DIMISSED with prejudice because it failed to state a claim upon which relief can be granted and because it brings claims against immune defendants.

Dated:  May 11, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE