# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**GREGORY WAYNE WALTON II,**

CASE NO: **2:22−CV−00453−JAM−AC**

v.

**AMANDA HOPPER, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/12/2022**

**Keith Holland**
Clerk of Court

ENTERED:  **May 12, 2022**

by: /s/ K. Zignago
Deputy Clerk